October 21, 2025

**Request GRANTED.** The prior mediation referral order at Dkt. 15 is withdrawn.

**VIA CM/ECF**

Honorable Jennifer L. Rochon
United States District Court
Southern District of New York
500 Pearl Street, Room 1920
New York, NY 10007

Date: October 22, 2025
New York, New York

**SO ORDERED.**

*Jennifer Rochon*
**JENNIFER L. ROCHON**
**United States District Judge**

Re: *I.J., a minor, through his parent and legal guardian J.J., v. Heap Inc., now known as Content Square, Inc.*, **No. 1:25-cv-07583-JLR**

Dear Judge Rochon:

On behalf of Plaintiff I.J. and Defendant Heap Inc., now known as Content Square, Inc., we write to respectfully request that the Court withdraw its October 16, 2025 Mediation Referral Order for Personal Injury Cases (the "Referral Order") (ECF No. 15). The Referral Order directs the "Clerk of the Court to enter [the Referral Order] in all newly filed counseled motor vehicle, premises liability, Federal Employers Liability Act, or Federal Tort Claims Act cases" on Your Honor's docket. *Id.* at 1. The above-referenced case does not involve motor vehicle or premises liability, nor does it allege violations of the Federal Employers Liability Act or Federal Tort Claims Act. Rather, the case arises out of alleged statutory and common law privacy violations committed by Defendant.

Respectfully submitted,

| | |
|---|---|
| /s/ Scott R. Drury<br>SCOTT R. DRURY (admitted *pro hac vice*)<br>DRURY LEGAL, LLC<br>6 Carriage Lane<br>Highwood, IL 60040<br>(312) 358-8225<br>scott@drurylegal.com<br><br>Joshua D. Arisohn<br>ARISOHN LLC<br>513 Eighth Avenue, #2<br>Brooklyn, NY 11215<br>(646) 837-7150<br>josh@arisohnll.com<br><br>*Counsel for Plaintiff* | /s/ Peter T. Shapiro<br>PETER T. SHAPIRO<br>LEWIS BRISBOIS<br>7 World Trade Center, 11th Floor<br>New York, NY 10007<br>(212) 232-1322<br>peter.shapiro@lewisbrisbois.com<br><br>*Counsel for Defendant* |