UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
I.J., a minor through his parent and legal guardian, J.J., individually and on behalf of all other persons similarly situated,

Plaintiff,

-against-

HEAP INC., now known as CONTENT SQUARE, INC.

Defendant.
---------------------------------------------------------------X

Case No. 1:25-cv-07583-JLR

**NOTICE OF MOTION**

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law, and all prior pleadings and proceedings, the undersigned will move this Court, at the United States Courthouse, 500 Pearl Street, New York, New York, before the Honorable Jennifer L. Rochon, on a date to be determined by the Court, for an Order: (a) pursuant to Federal Rule of Civil Procedure 12(b)(6), F. R. Civ. P., dismissing the Complaint and each count thereof for failure to state a claim upon which relief can be granted, with prejudice and without leave to replead; (b) alternatively, stay this action pending the resolution of the Parallel Action; (c) under Federal Rule of Civil Procedure 26(c) staying discovery pending the adjudication of the motion; and (d) granting movant costs, fees and such other and further relief as is just and proper.

Dated: New York, New York
November 26, 2025

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

By: /s/ /Peter T. Shapiro
Peter T. Shapiro, Esq.
7 World Trade Center
250 Greenwich Street, 11th Floor
New York, NY 10007
212-232-1300
Peter.Shapiro@lewisbrisbois.com
*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

Peter T. Shapiro, an attorney duly admitted to practice before this Court, certifies that on November 26, 2025, he caused the Notice of Motion to be served and filed via ECF upon Counsel for Plaintiff.

/s/ Peter T. Shapiro
Peter T. Shapiro