UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

I.J., a minor, through his parent and legal
guardian, J.J., individually and on behalf of all
other persons similarly situated,,

                            Plaintiff,

                -against-

HEAP INC., now known as CONTENT
SQUARE, INC.,

                            Defendant.

Case No. 1:25-cv-07583 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

For the reasons stated on the record at the December 16, 2025 conference, Defendant's

motion to stay discovery is DENIED.

Dated: December 16, 2025
        New York, New York

                            SO ORDERED.

                            *Jennifer Rochon*
                            JENNIFER L. ROCHON
                            United States District Judge