January 28, 2026

**VIA CM/ECF**

Honorable Jennifer L. Rochon
United States District Court
Southern District of New York
500 Pearl Street, Room 1920
New York, NY 10007

Request GRANTED.  The present case is stayed until the time that the Court in the *Q.J. v. PowerSchool Holdings LLC*, No. 1:23-cv-05689 (N.D. Ill.) grants final approval of the settlement and all appeals have been fully and finally resolved.  The parties are further directed to file a joint letter by **April 29, 2026,** advising the Court on the status of *Q.J. v. PowerSchool Holdings LLC.*

**SO ORDERED.**

Date:    January 29, 2026
          New York, New York

*Jennifer Rochon*

**JENNIFER L. ROCHON**
**United States District Judge**

**Re:    *I.J. v. Heap Inc., now known as Content Square, Inc.*, No. 1:25-cv-07583-JLR**

Dear Judge Rochon:

Plaintiff I.J. ("I.J.") and Defendant Heap Inc., now known as Content Square, Inc. ("Defendant," collectively with I.J., the "Parties"), write to advise the Court that the parties in the matter of *Q.J. v. PowerSchool Holdings LLC*, No. 1:23-cv-05689 (N.D. Ill.) (the "*Q.J. Action*"), including Heap, reached a nationwide class action settlement in principle on January 23, 2026. On January 27, 2026, pursuant to a joint motion by all parties in the *Q.J. Action*, including Heap, the court reinstated Heap as a defendant and confirmed that it would retain personal jurisdiction over Heap for purposes of administering the settlement. The settlement in the *Q.J. Action* will include a release that encompasses the putative class and subclasses sought to be certified in this case. The court in the *Q.J. Action* has set a preliminary approval hearing on February 25, 2026.

Based on the above, pursuant to Section 1.F of the Court's Individual Rules of Practice in Civil Cases, the Parties respectfully and jointly request that the Court stay this action until such time as the Court in the *Q.J. Action* grants final approval of the settlement and all appeals have been fully and finally resolved and exhausted. Heap agrees that all statutes of limitations related to claims that have been or could be asserted in this action shall be tolled during the pendency of the stay.

Respectfully submitted,

/s/ Scott R. Drury
SCOTT R. DRURY (admitted *pro hac vice*)
DRURY LEGAL, LLC
6 Carriage Lane
Highwood, IL 60040
(312) 358-8225
scott@drurylegal.com

/s/Josh M. Kantrow
JOSH M. KANTROW (admitted *pro hac vice*)
LEWIS BRISBOIS
550 West Adams Street, Suite 300
Chicago, IL 60613
(312) 463-3445
josh.kantrow@lewisbrisbois.com

Joshua D. Arisohn
ARISOHN LLC
513 Eighth Avenue, #2
Brooklyn, NY 11215
(646) 837-7150
josh@arisohnllc.com
*Counsel for Plaintiff*

PETER T. SHAPIRO
LEWIS BRISBOIS
7 World Trade Center, 11th Floor
New York, NY 10007
(212) 232-1322
peter.shapiro@lewisbrisbois.com
*Counsel for Defendant*

2